IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>-vs-<br><br>CASTON BROWN<br><br>Defendant. | CASE NO: 2:24-cr-00274-BHH<br><br><br>**ORDER ALLOWING DISCOVERY AND LAPTOP<br>AT THE CHARLESTON COUNTY DETENTION CENTER** |

The Defendant, **Caston O. Brown,** by and through his counsel, with the consent of Assistant U.S. Attorney Carra Henderson, has requested that the Defendant have meaningful access to the evidence in his case. Because of the numerous videos in discovery and the fact that the Defendant is in custody at the Charleston County Detention Center, this Court grants the request to allow discovery to be possessed at the jail, with the following provisions. This order constitutes an exception to the Order Governing Discovery already in place in this case.

The Government has provided electronic copies of the discovery to the Defendant's attorneys, the contents of which will be loaded onto the hard drive of a laptop, and the laptop is labeled as property of the Federal Public Defender Office. The laptop shall not have discovery from any other case on its hard drive and the laptop cannot allow internet access.

This Court orders the Charleston County Detention Center to make the laptop available to the Defendant while he is in custody at the facility. The laptop shall be password protected, with the defendant having a unique user identification and password combination, provided only to the Defendant.  The jail will not have access to the laptop.  Attorney Gregory Michael Galvin, Esq. will be available to meet with staff at the jail, if requested, for a review of the laptop. The Defendant is permitted to take notes while he reviews the discovery but no one else is allowed  access to the notes or the laptop, nor is the jail allowed to provide access to any other individuals other than the Defendant.

Failure to abide by the restrictions of this Order may result in punishment for contempt of court. The Charleston County Detention Center is ordered to make all reasonable efforts to grant equitable access of the laptop to the Defendant upon request.

**IT IS SO ORDERED.**

                                                      s/ Bruce Howe Hendricks
                                                    Judge Bruce Howe Hendricks
                                                    United States District Judge

November 12, 2024
Charleston, South Carolina